**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PETER P. DONNELLY and                                                                    PLAINTIFFS
BARBARA DONNELLY

v.                                                     No. 4:09CV00728 JLH

MERCK & CO., INC.                                                                        DEFENDANT

## ORDER

Pursuant to the motion filed by Merck & Co., Inc., this case is hereby stayed pending a decision by the Judicial Panel on Multidistrict Litigation to transfer this case to the MDL proceeding that has been established in the Eastern District of Louisiana. Document #5.

IT IS SO ORDERED this 26th day of October, 2009.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE